PEOPLE, Respondent, v. SANTORO et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Proceedings by the People of the State of New York against Thomas Santoro and others. No opinion. Judgment of the County Court of Orange county affirmed.

PEOPLE, Appellant, v. WETMORE, Respondent. (Supreme Court, Appellate Division, Fourth Department. June 2, 1909.) Proceedings by the People of the State of New York against Ezra Wetmore. No opinion. Order reversed, with costs, defendant's motion denied, and judgment directed for the plaintiff upon the verdict, with costs.

PEOPLE, Respondent, v. WILLIAM S. CARLISLE TEA CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Proceedings by the People of the State of New York against the William S. Carlisle Tea Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

PEOPLE ex rel. AMERICAN EXCHANGE NAT. BANK, Appellant, v. PURDY et al., Com'rs, Respondents. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Proceedings by the People of the State of New York, on the relation of the American Exchange National Bank, against Lawson Purdy and others, Commissioners. J. B. Palmer, for appellant. W. H. King, for respondents.
PER CURIAM. Order affirmed, with $50 costs and disbursements. Order filed.
INGRAHAM, J., dissents.

PEOPLE ex rel. CATERSON, Appellant v. BARNUM et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Proceedings by the People of the State of New York, on the relation of Robert Caterson, against Frederick S. Barnum, as President, and James H. Moran and others, as Trustees, of the Village of White Plains. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. COHEN, Respondent, v. DEPARTMENT OF HEALTH OF CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Proceedings by the People of the State of New York, on the relation of Joseph Cohen, against the Department of Health of the City of New York. No opinion. Final order affirmed, with costs.

PEOPLE ex rel. CONSOL. NAT. BANK, Appellant, v. PURDY et al., Com'rs, Respondents. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Proceedings by the People of the State of New York, on the relation of the Consolidated National Bank, against Lawson Purdy and others, Com-

missioners. J. B. Palmer, for appellant. W. H. King, for respondents.
PER CURIAM. Order affirmed, with $50 costs and disbursements. Order filed.
INGRAHAM, J., dissents.

PEOPLE ex rel. CONSOLIDATED WATER CO. OF SUBURBAN NEW YORK, Respondent, v. MEACLE et al., Appellants. (Supreme Court, Appellate Division, Second Department, June 4, 1909.) Proceedings by the People of the State of New York, on the relation of the Consolidated Water Company of Suburban New York against Matthew Meacle and others, constituting the Board of Assessors of the Town of Mt. Pleasant, County of Westchester. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. SEELEY v. STEVENS. Supreme Court, Appellate Division, Fourth Department. May 5, 1909.) Proceedings by the People of State of New York, on the relation of Frank B. Seeley, against Frederick C. Stevens, as Superintendent of Public Works, etc. No opinion. Determination confirmed, and writ of certiorari dismissed, with $50 costs and disbursements.

PEOPLE ex rel. TERHUNE v. BINGHAM, Com'r. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Proceedings by the People of the State of New York, on the relation of Leander E. Terhune, against Theodore A. Bingham, Commissioner. L. J. Grant, for relator. T. Connoly, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. VICTORY, Respondent, v. SPOONER, Com'r, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Proceedings by the People of the State of New York, on the relation of Charles E. Victory, Jr., against Allen N. Spooner, as Commissioner of the Department of Docks and Ferries of the City of New York. No opinion. Interlocutory judgment affirmed, with costs.

PERLSTEIN, Respondent, v. LEVY, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Hyman Perlstein against Henry L. Levy. No opinion. Judgment of the Municipal Court affirmed, with costs.

PFEIFFER v. NEW YORK OPHTHALMIC & AURAL INSTITUTE et al. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by John Pfeiffer against the New York Ophthalmic & Aural Institute and another. No opinion. Order affirmed, with $10 costs and disbursements.

PIEBES, Appellant, v. PIEBES, Respondent. (Supreme Court, Appellate Division, First De-